UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RONALD SATISH EMRIT,**

      **Plaintiff,**

v.                                                Case No: 6:20-cv-191-Orl-41LRH

**FEDERAL BUREAU OF
INVESTIGATION,**

      **Defendant.**

                                                   /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion," Doc. 2). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation ("R&R," Doc. 6) in which she recommends that the Motion be denied and the case be dismissed. In response, Plaintiff filed a myriad of incomprehensible and procedurally inappropriate motions, (*see generally* Doc. Nos. 7–17), as well as an Amended Complaint (Doc. 20). Plaintiff also filed two documents, the contents of which are very similar; one is titled "Notice of Appeal" (Doc. 18) and one is titled "Objection to the Magistrate Judge's [R&R] with Points and Authorities" ("Objection," Doc. 19). Although the first document is titled Notice of Appeal, Plaintiff does not identify what he is appealing, nor does he request that this case be sent to the Eleventh Circuit Court of Appeals, which is the appellate court with jurisdiction to hear appeals from the Middle District of Florida. Instead, from what the Court can decipher, Plaintiff is asking to be permitted to amend the Complaint and/or have the case

transferred to the Ninth Circuit Court of Appeals.[1] Given that this Court cannot directly transfer cases to the Ninth Circuit Court of Appeals, the Court will decline to grant this request. As to the remaining arguments in the Notice of Appeal and the Objection, they are nonsensical and set forth no basis for this Court to disagree with the R&R. After a *de novo* review of the record, the Court agrees entirely with the analysis in the R&R.

In addition, the R&R notes that "over two hundred civil cases and appeals in the federal court system" have been filed under Plaintiff's name, and he has been "been barred from filing suits without leave of court in at least three federal district courts." (Doc. 6 at 4–5 (quotation omitted)). Further, "Plaintiff has also filed at least ten cases in the Middle District of Florida under his individual name and at least two cases under Alex Garcia Enterprises, Inc." (*Id.* at 5, 5 n.2). A brief review of those cases indicates that they are also replete with frivolous and improper filings. Accordingly, Plaintiff is warned that sanctions may be imposed if he continues to file complaints that are frivolous or fails to comply with the Federal Rules of Civil Procedure and the Middle District of Florida Local Rules.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

2. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Notice of Appeal (Doc. 18), construed as a motion to amend and/or transfer to the Ninth Circuit Court of Appeals, is **DENIED**.

---

[1] This is presumably in response to the footnote in the R&R, noting that it does not appear that venue is proper in the Middle District of Florida. (Doc. 6 at 6 n.3).

4. This case is **DISMISSED**.

5. All other pending motions are **DENIED as moot**.

6. The Amended Complaint (Doc. 20) is **STRICKEN**.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party